IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEW MEXICO

IRVING J. MARQUEZ,

    Plaintiff,

vs.                               No.    CIV 11-838 JAP/WDS

BOARD OF COUNTY COMMISSIONERS OF
EDDY COUNTY, VICTOR E. MARTINEZ JR.,
DARREN JONES, RUTH ANN WALKER,
SAL REY SALCIDO, and DANETTE MARTINEZ,

    Defendants.

## NOTICE OF APPEAL

Notice is hereby given that the Defendants Board of County Commissioners of Eddy County, Victor E. Martinez Jr., Darren Jones, Ruth Ann Walker, Sal Rey Salcido, and Danette Martinez (hereafter "Defendants"), by and through their counsel of record, Law Office of Jonlyn M. Martinez, LLC (Jonlyn M. Martinez) hereby appeal to the United States Court of Appeals for the Tenth Circuit, the Memorandum Opinion and Order entered in this action on the 3rd day of December, 2012 [Document No. 62], denying Defendants' Motion for Partial Summary Judgment which was based on qualified immunity. Defendants appeal the Memorandum Opinion and Order pursuant to 28 U.S.C. § 1291, as well as *Mitchell v. Forsyth*, 472 U.S. 511 (1985), and similar cases.

                              Respectfully submitted,

                              LAW OFFICE OF JONLYN M. MARTINEZ, LLC

                              By: *Electronically filed December 21, 2012*
                                  JONLYN M. MARTINEZ
                                  Attorney for Defendants
                                  P. O. Box 1805
                                  Albuquerque, NM  8713-1805
                                  (505) 247-9488 Telephone
                                  jonlyn@jmartinezlaw.net

It is hereby certified that on December 21, 2012,
a copy of the foregoing was sent to all counsel
of record via CM/ECF:


_____/s/_____
JONLYN M. MARTINEZ